**Karyn THOMAS, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2009–3066.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2009.

of Texas, sitting by designation.

Alan K. Hahn, Hahn Law Firm, of San Diego, California, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before RADER, PLAGER, and SCHALL, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.